. 610 · OCTOBER TERM, 1918.

· Decisions on Petitions for Writs of Certiorari. 249 U. S..

plaintiff in error, in support of the petition. *Mr. Charles I. Evans,* for defendant in error, in opposition to the petition.

---

No. 910. PULP WOOD COMPANY *v.* GREEN BAY PAPER & FIBRE COMPANY. March 31, 1919. Petition for a writ of certiorari to the Supreme Court of the State of Wisconsin denied. *Mr. Moses Hooper* for petitioner. No appearance for respondent. ·

---

No. 916. WILLIAM A. HAMILTON *v.* UNITED STATES. March 31, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Ralph F. Potter, Mr. George I. Haight, Mr. James H. Wilkerson* and *Mr. Edwin H. Cassels* for petitioner. *Mr. Assistant Attorney General Porter* for the United States.

---

No. 921. U. S. G. HUGHES *v.* UNITED STATES. March 31, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. John T. Barker* for petitioner. *Mr. Assistant Attorney General Porter* for the United States.

---

No. 922. J. H. HUGHES *v.* UNITED STATES. March 31, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. John T. Barker* for petitioner. *Mr. Assistant Attorney General Porter* for the United States.